# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, | 1:08-cv-00191 AWI-SMS (HC) |
| Petitioner, | |
| vs. | ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |
| CDC AVENAL STATE PRISON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   February 27, 2008**          /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE